JS-6

Michelle Van Dyke, Esq. (SBN 171477)
SHEWRY & VAN DYKE, LLP
402 West Broadway, Suite 950
San Diego, CA 92101-8504
Telephone: (619) 233-8824
Facsimile: (619) 233-1002

Attorneys for Plaintiff JERI SCHWEBS, on behalf of himself and all others similarly situated

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JERI SCHWEBS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>ACADEMY COLLECTION SERVICE, INC., a Pennsylvania Corporation; and JOHN AND JANE DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO.  SACV07-1046 JVS (MLGx)<br><br>**NOTICE OF DISMISSAL AND ORDER THEREON**<br><br>District Judge:  James V. Selna<br>Magistrate Judge:  Marc Goldman |

**PLEASE TAKE NOTICE THAT** pursuant to *Fed. R. Civ. P.* 41(a), Plaintiff JERI SCHWEBS (hereinafter "SCHWEBS"), acting by and through his attorneys of record in this matter, Shewry & Van Dyke, LLP, the docket reflecting that no adverse party has appeared in the action, request dismissal on the following terms:

1. That pursuant to a settlement between the parties, the parties agree that SCHWEBS' action should be dismissed, **with prejudice,** in its entirety;

2. That said, Dismissal shall be **without prejudice** as to the claims of members of the putative class; and

/././

/././

/././

1  3.   SCHWEBS shall bear his own attorney fees and costs.

3  DATED: January 22, 2008              SHEWRY & VAN DYKE, LLP

By  *S/ Michelle Van Dyke*
      Michelle Van Dyke
      Attorneys for Plaintiff JERI SCHWEBS, on
      behalf of himself and all others similarly
      situated

ORDER ON DISMISSAL

IT IS SO ORDERED.

DATED: 1-28-08                          *[signature]*
                                        JUDGE OF THE DISTRICT COURT

Z:\Schwebs v.
Academy Collection
(206-691)\Pleadings\
Not of Dismissal &
Order.wpd

2

NOTICE OF DISMISSAL AND ORDER THEREON